IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ELENA FUENTES-ESPINAL,

      Plaintiff

      v.

MAYAGÜEZ OPTICAL LAB, et al.

      Defendants

CIVIL NO. 07-2015 (JP)

### FINAL JUDGMENT

The parties hereto have informed the Court that they settled this case.  Pursuant thereto, the Court hereby **ENTERS JUDGMENT FOR PLAINTIFF ELENA FUENTES-ESPINAL** to have and recover from Mayagüez Optical Lab, the amount of FORTY-FIVE THOUSAND DOLLARS ($45,000.00), which will be personally guaranteed by Co-Defendants Kenneth Vázquez and Claudia Arbona.  The action is dismissed against Co-Defendant Nilsa Smith with prejudice.  This Judgment is entered without the imposition of costs or attorneys' fees.

Provided further, this Judgment is to be paid in installments of FIVE THOUSAND DOLLARS ($5,000.00) per month, starting June 1, 2008, until full payment is satisfied on February 1, 2009.

Provided further, that if Mayagüez Optical Lab fails to make payments in accordance with this Judgment on the aforementioned due dates, then Plaintiff may proceed to execute the Judgment.

CIVIL NO. 07-2015 (JP)          -2-

The Court will retain jurisdiction over this matter to enforce the terms of the settlement.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 14th day of May, 2008.


        s/Jaime Pieras, Jr.
        JAIME PIERAS, JR.
     U.S. SENIOR DISTRICT JUDGE


**AS AGREED TO BY:**

COUNSEL FOR PLAINTIFF ELENA            COUNSEL FOR DEFENDANTS MAYAGÜEZ
FUENTES-ESPINAL                        OPTICAL LAB, NILSA SMITH,
                                       KENNETH VAZQUEZ, CLAUDIA ARBONA


    s/Juan R. González-Muñoz               s/Luis A. López-López

JUAN R. GONZALEZ-MUÑOZ, ESQ.        LUIS A. LOPEZ-LOPEZ, ESQ.
MARIA MARGARIDA-FRANCO, ESQ.